# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-647-MOC-DCK

| | |
|---|---|
| **YI LIN** and **YING LIN**, ) | |
| ) | |
| **Plaintiffs**, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CHRISTOPHER M. HEFFRON**, ) | |
| **ALEJANDRO MAYORKAS**, **MERRICK** ) | |
| **GARLAND**, and **UR M. JADDOU**, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Special Admission…" (Document No. 18) filed December 13, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

This action was transferred to this Court from the United States District Court for the Eastern District of New York on December 6, 2021. By the instant motion, Plaintiff's counsel seeks leave for "special admission" to the Bar of this Court pursuant to LCvR 83.1(b)(2). (Document No. 18). The undersigned will decline to allow special admission at this time. Instead, Plaintiff is respectfully encouraged to retain local counsel and for Mr. Bembi to then seek *pro hac vice* admission. Mr. Bembi might consider following up on the letters he sent in September 2021, with phone calls to attorneys admitted to the Bar of this Court and/or other potential local counsel.

**IT IS, THEREFORE, ORDERED** that the "Motion for Special Admission…" (Document No. 18) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: December 14, 2021

David C. Keesler
United States Magistrate Judge