IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-647-MOC-DCK

| YING LIN, and YI LIN, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| CHRISTOPHER M. HEFFRON, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) filed by Amro Elsayed, concerning Bruno Joseph Bembi, on January 11, 2022. Bruno Joseph Bembi seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, the Court will respectfully deny the motion without prejudice.

The instant motion does not indicate whether counsel has consulted with Defendants' actual counsel regarding their consent or opposition. Consultation is required pursuant to Local Rule ("LCvR") 7.1(b). See LCvR 7.1(b). The Defendants in this matter appear to be represented by Assistant United States Attorney Julia Kay Wood.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) is **DENIED without prejudice**. Counsel may file a renewed motion, if appropriate, indicating the requisite consultation with opposing counsel.

**SO ORDERED**.    Signed: January 11, 2022

David C. Keesler
United States Magistrate Judge