# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Yi Lin<br>Ying Lin**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00647-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Alejandro Mayorkas<br>Christopher M. Heffron<br>Tracy Renaud<br>Merrick Garland<br>Ur M Jaddou**,**<br>Defendant(s). | )<br><br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 17, 2022 Order.

March 17, 2022

Frank G. Johns, Clerk
United States District Court