UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-647-MOC-DCK

| YING LIN, | ) |
| YIN LIN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| | ) |
| | ) |
| CHRISTOPHER HEFFRON, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER** comes before the Court on the pro se Plaintiffs' "Objection to Magistrate Judge's Decision (Rule 72a) re: Order on Motion to Dismiss, Clerk's Judgment. (Doc. No. 33).

Plaintiffs incorrectly assert in their Rule 72 Objection that the undersigned is a U.S. magistrate judge and therefore did not have the authority to rule on Defendants' motion to dismiss without the parties' consent. The undersigned is a U.S. District Judge and had authority to rule on Defendants' motion to dismiss.[1] Thus, Plaintiffs' Objection (Doc. No. 33) is **DENIED** and **DISMISSED**.

**IT IS SO ORDERED**.

---

[1] To the extent the Objection can be construed as a motion for reconsideration, it is denied. Plaintiffs merely restate the arguments made in opposition to the motion to dismiss, and the Court has already thoroughly discussed the arguments and rejected them.

1

Signed: April 5, 2022

Max O. Cogburn Jr
United States District Judge